**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  November 10, 2015 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  n/a | |

**CASE NO.   15-cr-00127-RM**

Parties                                                                                   Counsel

UNITED STATES OF AMERICA,                                      Celeste Rangel

                                                                                          Beth Gibson

          Plaintiff,

v.

2.  ANTHONY TYREE,                                                     Lisabeth Castle
3.  SEAN MCCULLOUGH, and                                        Patrick Burke
6.  ADELL BURRELL,                                                     Daniel Sears

          Defendants.

---

**COURTROOM MINUTES**

---

**MOTIONS HEARING**
**COURT IN SESSION:        10:01 a.m.**
Appearances of counsel.   Defendants are present and in custody.

Discussion held regarding pending motions.

Discussion held and argument given regarding Defendant Tyree's Motion to Sever
Parties (Doc. 245).

Court's findings.

**ORDERED:**  Defendant Tyree's Motion to Sever Parties (Doc. 245) is DENIED without
              prejudice as stated on the record.

Discussion held and argument given regarding Defendant Tyree's Motion to Join and
Adopt Motions of Adell Burrell and Sean McCullough (Doc 244).

Court's findings.

**ORDERED:** Defendant Tyree's Motion to Join and Adopt Motions of Adell Burrell and Sean McCullough (Doc 244) is GRANTED as stated on the record.   Each of the defendants may join in the motions of the other defendants.

Discussion held and argument given regarding Defendant Tyree's Motion for Leave to Supplement Motion to Suppress Fruits of Warrants and Orders, Doc. 243 (Doc. 249).

Court's findings.

**ORDERED:** Defendant Tyree's Motion for Leave to Supplement Motion to Suppress Fruits of Warrants and Orders, Doc. 243 (Doc. 249) is DENIED as stated on the record.

Ms. Castle orally moves for disclosure of the Grand Jury transcript.   Ms. Rangel orally moves for a court order allowing the Government to disclose the Grand Jury transcript.

**ORDERED:** The oral motions regarding disclosure of the Grand Jury transcript are GRANTED as stated on the record.   The Government shall disclose the Grand Jury transcript to Defendants on or before **November 13, 2015.**

Discussion held and argument given regarding Defendant Tyree's Motion to Suppress Fruits of Illegal Search Warrants and Orders Issued Pursuant to 18 U.S.C. 2703 (Doc. 243).

Court's findings.

**ORDERED:** Defendant Tyree's Motion to Suppress Fruits of Illegal Search Warrants and Orders Issued Pursuant to 18 U.S.C. 2703 (Doc. 243) is DENIED as stated on the record.   Denying this motion does not mean that the court has made a determination on a *Franks* issue.

Discussion held regarding Defendant McCullough's Motion to Join and Adopt Motions of Anthony Tyree (Doc. 256) and Defendant McCullough's Supplement to Motion to Join and Adopt Motions of Anthony Tyree (Doc. 261).

Court's findings.

**ORDERED:** Defendant McCullough's Motion to Join and Adopt Motions of Anthony Tyree (Doc. 256) is GRANTED as stated on the record.

**ORDERED:** To the extent the document is seeking relief as a motion, Defendant McCullough's Supplement to Motion to Join and Adopt Motions of Anthony Tyree (Doc. 261) is DENIED as moot as stated on the record, in light of the Court's previous rulings.

When court reconvenes, the Court will hear argument on Defendant Burrell's motions, which are similar to Defendant McCullough's motions, and will allow counsel for Defendants McCullough and Tyree to argue and join those motions.

**Court in recess:    11:56 a.m.**
**Court in session:   1:17 p.m.**

The Court states that he has read the two cases cited by Ms. Castle regarding cell phones and that the cases do not change his rulings.

Discussion held regarding Defendant Tyree joining the Pinkerton aspect of the motion filed by defense counsel.

Discussion held and argument given regarding Defendant Burrell's Motion to Dismiss Counts One and Two, or to Compel Election (Doc. 186)

Court's findings.

**ORDERED:**   Defendant Burrell's Motion to Dismiss Counts One and Two, or to Compel Election (Doc. 186) is DENIED as stated on the record.

Discussion held and argument given regarding Defendant Burrell's Motion to Dismiss Count Three (Doc. 190).

Court's findings.

**ORDERED:**   Defendant Burrell's Motion to Dismiss Count Three (Doc. 190) is DENIED as stated on the record.

Discussion held and argument given regarding Defendant Burrell's Motion for Pretrial Proffer of Statements and Admissions to be Offered Under F. R. Evid. Rule 801(d), and to Order *James* Hearing (Doc. 155).

**ORDERED:**   Defendant Burrell's Motion for Pretrial Proffer of Statements and Admissions to be Offered Under F. R. Evid. Rule 801(d), and to Order *James* Hearing (Doc. 155) is GRANTED in part and HELD IN ABEYANCE in part.   The Government shall file a further response to the motion within ten (10) days from this date.   When the Government's further response is filed, Defendants shall have ten (10) days from the date of filing to file any objections.

Discussion held and argument given regarding Defendant Burrell's Motion for Notice of Rule 404(b) Evidence (Doc. 185).

Court's findings.

**ORDERED:**  Defendant Burrell's Motion for Notice of Rule 404(b) Evidence (Doc. 185) is GRANTED as stated on the record.   The Government shall disclose any 404(b) evidence within ten (10) days of this date.

Discussion held and argument given regarding Defendant Burrell's Motion for Disclosure Under Rule 12(b)(4)(B) [Doc. 154].

Court's findings.

**ORDERED:**  Defendant Burrell's Motion for Disclosure Under Rule 12(b)(4)(B) [Doc. 154] is DENIED as stated on the record.

Discussion held regarding Defendant Burrell's Motion to Produce Reviewable Discovery (Doc. 195).   Mr. Sears withdraws the motion.

**ORDERED:**  Defendant Burrell's Motion to Produce Reviewable Discovery (Doc. 195) is deemed withdrawn and is DENIED as moot.

Discussion held and argument given regarding Defendant Adell Burrell's Motion for Disclosure of Identity of, and Contact Information for, the Confidential Informant (Doc. 234).

Court's findings.

**ORDERED:**  Defendant Adell Burrell's Motion for Disclosure of Identity of, and Contact Information for, the Confidential Informant (Doc. 234) is DENIED as moot as stated on the record.

Discussion held and argument given regarding Defendant Adell Burrell's Motion for Ends-Of-Justice Continuance (Doc. 233).

Court's findings.

**ORDERED:**  Defendant Adell Burrell's Motion for Ends-Of-Justice Continuance (Doc. 233) is DENIED without prejudice as stated on the record.

**ORDERED:**  Counsel for Defendant Burrell shall have to and including **December 10, 2015,** to file any motion to suppress he wishes to file.

**ORDERED:**  Counsel for Defendant Burrell shall file a revised ends-of-justice motion within ten (10) days of this date.

**ORDERED:**  Counsel for Defendants Tyree and McCullough shall have to and including **December 10, 2015,** to file any motions regarding any late-submitted discovery.

**ORDERED:**    Defendant Burrell's Motion to Further Extend Deadline Within Which to File Additional Pretrial Motions (Doc. 193) is DENIED as moot in light of the Court's previous rulings.

**ORDERED:**    Defendant McCullough's Motion to Extend Deadline Within Which to File Pretrial Motions (Doc. 166) is DENIED as moot in light of the Court's previous rulings.

The following rulings are entered on motions filed by Defendant McCullough, which are comparable to Defendant Burrell's motions that were ruled on at this hearing:

- Defendant McCullough's Motion for Disclosure Pursuant to Federal Rules of Evidence 404(b) and 609 (Doc. 162) is GRANTED.
- Defendant McCullough's Motion for Disclosure Under F.R.Crim.P. Rule 12(b)(4)(B) [Doc. 163] is DENIED.
- Defendant' McCullough's Motion for Pretrial Determination of Alleged Co-Conspirators' Statements Pursuant to F.R.E. 801(d)(2)(E) and a *James* Hearing (Doc. 164) is GRANTED in part and HELD IN ABEYANCE in part.
- Defendant McCullough's Motion to Dismiss Count Three (Doc. 165) is DENIED.

**ORDERED:**    Defendants are REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**        **2:48 p.m.**
**Total in court time:**        **3:26**
**Hearing concluded**